## COURT ORDER ON CASE FILING

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 31 2018 ★
BROOKLYN OFFICE

Case number ___CV18-4678___

Magistrate Judge ___SCANLON___ ✓

Treat under Local Rule 72.2 ___✓___  ✓

Court respectfully requests expedition by the Magistrate Judge _____

Case Manager:

Set a conference before me as soon as possible after appearance ~~____~~

Set a conference before me ____ days from today's date _____

Set a conference before me on case control promptly upon completion of discovery as certified by the Magistrate Judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged ✓

Plaintiff and a ~~knowledgeable person for the defendant~~ *named defendants* *in person* shall appear at the conference _____.

Respectfully referred to the Magistrate Judge for:

___settlement___

___discovery___   (Plts v/d cur pts case)

_____
Jack B. Weinstein
Sr. U. S. District Judge

Date: 8/30/18

