**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 11/8/2018

Case: _Hoes_ (?)

Civ. A. 18-4678 ( )(VMS)

**ECF Recording in 504N:**   ☐ Telephone Conference   ☐ In-person Conference

_____

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☑ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:** ✱
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record   _____

☑ Rule 26(a) disclosures, incl. supplements   11/28/18
☑ Document requests to be served   12/12/18
☑ Interrogatories to be served   12/12/18
☑ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed   3/15/19
   ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☐ By PMC letter
☑ Joint status letter ☐ Stip of dismissal to be filed   4/16/19
☑ Status conference   Date: 4/23/19   Time: 10:30 AM
   ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☑ Fact discovery closes   8/30/19
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served   _to be discussed during the April 2019_
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated   ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference   Date:   Time:

Page 1 of 2

✱ D may move to bifurcate Novell discovery

Page __ of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Hines                          Civ. A. 18-4678

Date: 11/8/2018

**Additional Orders:**

Counsel will endeavor to locate & exchange the McClary-Deville discovery materials

Counsel will expeditiously provide the Section 160.50 release.

Counsel to confer about Monell discovery.

Page 2 of 2