```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

SHERRY HINES, MONIQUE HINES and CARL
WAITES,
                                    Plaintiffs,

                -against-

THE CITY OF NEW YORK, a municipal entity; NYPD
Officer CYBULSKI (whose first name is believed to be
Peter), in his individual capacity; NYPD Sergeant DAVID
GREICO, in his individual capacity,

                                    Defendants.
------------------------------------------------------------- x
```

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 07 2019 ★

BROOKLYN OFFICE

STIPULATION AND
ORDER OF DISMISSAL

18 CV 4678 (JBW) (VMS)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

2. The claims against defendants City of New York, Peter Cybulski, and David Grieco are dismissed with prejudice; and



close the case
So ordered
Jack B. Weinstein
6/6/19

3. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
May 21, 2019

BERNSTEIN CLARKE & MOSKOVITZ
*Attorneys for Plaintiff*
11 Park Place, Suite 914
New York, New York 10007

By: _____
Joshua S. Moskovitz
Colin Reeves

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants John Sikora, Ryan Lynch, Damon Martin, Michael Lipetri, and Michael Doyle*
100 Church Street
New York, New York 10007

By: _____
Susan P. Scharfstein

*Close the case*

SO ORDERED:

_____
HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: __6/6__, 2019

2